UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

HUNTER ALEXANDER,                    )
                                     )
              Plaintiff,             )
                                     )
       v.                            )    No. 1:26-cv-00723-JPH-TAB
                                     )
JOHN DOE,                            )
JANE DOE,                            )
                                     )
              Defendants.            )

**ORDER DISMISSING ACTION AND DIRECTING ENTRY OF FINAL
JUDGMENT**

Incarcerated plaintiff Hunter Alexander filed a civil complaint about envelopes. Dkt. 1. He asks for leave to proceed without prepaying the filing fee. Dkt. 2.

A prisoner may not bring a civil action proceeding *in forma pauperis* if he has, "on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).

Moreover, in this Circuit, litigants who have been notified of their three strikes "must disclose to the court the fact that they have 'struck out' and . . . pay all fees upfront, or risk dismissal of their case as a sanction for misconduct." *Isby v. Brown*, 856 F.3d 508, 519 (7th Cir. 2017). "An effort to bamboozle the court by seeking permission to proceed *in forma pauperis* after a federal judge

1

has held that §1915(g) applies to a particular litigant will lead to immediate termination of the suit." *Sloan v. Lesza*, 181 F.3d 857, 859 (7th Cir. 1999).

Mr. Alexander has had at least seven cases dismissed as being frivolous and/or for failure to state a claim upon which relief can be granted. *See Alexander v. Does,* 1:26-cv-00521-TWP-MG (S.D. Ind. Mar. 23, 2026); *Alexander v. Does*, 1:26-cv-00523-MPB-MG (S.D. Ind. Mar. 30, 2026); *Alexander v. Does, et al.,* 1:26-cv-00525-JPH-MJD (S.D. Ind. Apr. 1, 2026); *Alexander v. Does, et al.,* 1:26-cv-00526-JRS-KMB (S.D. Ind. Apr. 8, 2026); *Alexander v. Does, et al.,* 1:26-cv-00528-JMS-KMB (S.D. Ind. Mar. 24, 2026); *Alexander v. Does, et al.,* 1:26-cv-00531-SEB-TAB (S.D. Ind. Mar. 25, 2026); and *Alexander v. Does, et al.,* 1:26-cv-00540-JRO-CSW (S.D. Ind. Mar. 24, 2026).

Mr. Alexander has also been warned that he has struck out under 28 U.S.C. § 1915(g) and can no longer proceed *in forma pauperis* unless he alleges that he "is under imminent danger of serious physical injury." *See Alexander v. John Does*, 1:26-cv-00541-JRS-TAB, dkt. 8 (S.D. Ind. Mar. 26, 2026) (advising Mr. Alexander of strikes and warning him that he cannot proceed *in forma pauperis* in any case filed in this district after March 24, 2026, unless he falls under the imminent danger exception).

In his motion to proceed *in forma pauperis*, Mr. Alexander states "A lot" in the litigation history section, but he does not attempt to list his cases. Dkt. 2 at 3. Mr. Alexander does not acknowledge that he has struck out, nor does he allege that he is under imminent danger. The complaint alleges that envelopes should come with a list of ingredients given that users must lick the adhesive to seal the

envelope. Dkt. 1 at 3. This frivolous allegation does not implicate the imminent danger exception.

Mr. Alexander's motion for leave to proceed *in forma pauperis*, dkt. [2], is **denied** under § 1915(g). Due to Mr. Alexander's strikes, he may not proceed *in forma pauperis* and instead owes the $405.00 filing fee.

Mr. Alexander had notice of his strikes before moving to proceed *in forma pauperis* in this action. *See Alexander v. John Does*, 1:26-cv-00545-SEB-KMB, dkt. 9 (filing notice of appeal as to Court's March 31, 2026, order denying *in forma pauperis* motion and warning of strikes) (S.D. Ind. Apr. 10, 2026). The case is **dismissed with prejudice** as a sanction pursuant to *Sloan*. Mr. Alexander's motion to appoint counsel, dkt. [3], is **denied as moot**.

The **clerk is directed** to enter **final judgment**.

**SO ORDERED.**

Date: 4/17/2026

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

HUNTER ALEXANDER
201044
PENDLETON - CF
PENDLETON CORRECTIONAL FACILITY
Inmate Mail/Parcels
4490 West Reformatory Road
PENDLETON, IN 46064

3